UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER for the NEW ENGLAND TEAMSTERS and TRUCKING INDUSTRY PENSION FUND,<br>Plaintiff,<br><br>v.<br><br>USCO DISTRIBUTION SERVICES, INC. a/k/a USCO LOGISTICS SERVICES, INC.<br>Defendant. | CA No. 04-10041-PBS |

## ASSENTED TO MOTION FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING

The defendant USCO Distribution Services, Inc., ("USCO") hereby requests this Court to grant an additional 20 days in which to file a responsive pleading. As grounds for this Motion, USCO states as follows:

1. Based on the service date on the Summons, the responsive pleading to the Complaint in this matter is due March 8, 2004.

2. Due to address changes, USCO's Registered Agent was unable to timely deliver the Summons and Complaint to USCO.

3. Plaintiff has assented to an additional 20 days in which to file a responsive pleading.

WHEREFORE, USCO Distribution Services, Inc. respectfully requests that this Court grant additional time, until March 28, 2004, to file a responsive pleading.

> Respectfully Submitted,
>
> USCO DISTRIBUTION SERVICES, INC.
>
> By its attorneys,
>
> _____
> Gregory C. Keating, BBO 564523
> Suzanne M. Suppa, BBO 565075
> Littler Mendelson, P.C.
> 225 Franklin Street, 26th Floor
> Boston, MA 02110
> 617-217-2831

Dated: March 8, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Assented to Motion for Additional Time to File Responsive Pleading was served upon Jonathan M. Conti, Esq., Feinberg, Campbell & Zack, 177 Milk Street, Boston, MA 02109 by regular mail on March 8, 2004.

_____
Suzanne M. Suppa
Littler Mendelson
225 Franklin Street
26th Floor
Boston, MA 02110
(617) 217-2233

Boston:822.1 016853.1000