# United States District Court

for the _____ DISTRICT OF _____Massachusetts_____

CHARLES LANGONE, AS FUND MANAGER OF
THE NEW ENGLAND TEAMSTERS AND TRUCKING
INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

USCO DISTRIBUTION SERVICES, INC. A/K/A
USCO LOGISTICS SERVIES, INC.

CASE NUMBER:

**04.10041 PBS**

TO: (Name and address of defendant)

USCO Logistics Services, Inc.
c/o CT Corporation, Registered Agent
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE: JAN -8 2004



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

March 9, 2004

I hereby certify and return that on 2/11/2004 at 2:45:00 PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to C.Bonney, Process Clerk & agent in charge of CT Corp & its agent, person in charge at the time of service for USCO Logistics Services, Inc, at CT Corporation, 101 Federal Street, Boston, MA 02110. Basic Service Fee (IH) ($35.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter

Deputy Sheriff

---

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:
_____

☐ Returned unexecuted:
_____

☐ Other (specify):
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date         Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure