UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>V.<br><br>USCO DISTRIBUTION SERVICES, INC. a/k/a USCO LOGISTICS SERVICES, INC.,<br><br>Defendant. | Civil Action No.: 04-10041 PBS |

## JOINT MOTION TO EXTEND TIME FOR SCHEDULING CONFERENCE

The parties in the above-referenced matter respectfully request a two-week extension of the Rule 16 Scheduling Conference until June 1, 2004, which is currently set for May 17, 2004. As grounds for this Motion, the parties state that they are actively exploring possible settlement of this matter.

Respectfully submitted,

_____
Jonathan M. Conti (BBO # 657163)
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
Tel: (617) 338-1976

_____
Gregory C. Keating (BBO # 564523)
Suzanne M. Suppa (BBO # 565075)
Littler Mendelson, P.C.
225 Franklin Street
26th Floor
Boston, MA 02110
Tel: (617) 217-3831

Dated: May 10, 2004

Boston:1752.1 016853.2003