UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>USCO DISTRIBUTION SERVICES, INC., a/k/a USCO LOGISTICS SERVICES, INC.<br><br>Defendant. | C.A. No. 04cv10041 PBS |

## JOINT PROPOSED PRETRIAL SCHEDULE

Pursuant to the Notice of Scheduling Conference issued by this Court, counsel for the parties have conferred for the express purpose of (1) preparing an agenda of matters to be discussed at the June 1, 2004 scheduling conference, (2) preparing a proposed pretrial schedule for the case that includes a plan for discovery, and (3) considering whether they will consent to trial by magistrate judge.

As a result of said conference between counsel, parties have agreed, subject to Court approval, to prepare for trial in accordance with the following proposed pretrial schedule.

1. All discovery shall be completed by January 28, 2005.

2. The parties shall file any and all Rule 56 Motions for either partial or total summary judgment by March 28, 2005.

3. All oppositions to motions for summary judgment shall be served by April 20, 2005.

4. All replies to motions for summary judgment shall be served by May 3, 2005.

5. The final pre-trial conference shall be scheduled in conjunction with the initial scheduling conference.

6. The parties decline at this time to consent to a trial by magistrate.

Counsel for the parties also hereby certify that they have conferred with their clients with a view to establishing a budget for the costs of conducting the full course of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs. Counsel for the defendant and for the plaintiff shall file such certifications under separate cover.

| For the Plaintiff, | For the Defendant, |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, By his Attorneys, | USCO DISTRIBUTION SERVICES, INC. a/k/a USCO LOGISTICS SERVICES, INC. By its Attorneys, |
| *Jonathan M Conti (/cac)* | *Greg C Keat* |
| Jonathan M. Conti BBO# 657163 Feinberg, Campbell & Zack, P.C. 177 Milk Street Boston, MA 02109 (617) 338-1976 | Gregory C. Keating BBO# 564523 Littler Mendelson, PC 225 Franklin Street, 26th Floor Boston, MA 02210 (617) 217-2048 |

Dated: May 24, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ✓ mail/hand-delivery on: 5/24/04



## LITTLER MENDELSON®

May 24, 2004

Gregory C. Keating
Direct: 617.217.2048
Direct Fax: 617.217.2559
gkeating@littler.com

**BY HAND DELIVERY**

Clerk's Office
United States District Court
One Courthouse Way
Suite 2300
Boston, MA 02210

Re: *Charles Langone, Fund Manager v. USCO Distribution Services, Inc., a/k/a USCO Logistics Services, Inc.*
<u>Civil Action No. 04-10041 PBS</u>

Dear Sir or Madam:

Enclosed for filing please find a Joint Proposed Pretrial Schedule regarding the above-entitled matter.

Kindly date stamp the enclosed copy of this letter and return it to me via the awaiting messenger.

Thank you for your attention to this matter. Please do not hesitate to contact me should you have any questions.

Very truly yours,

Gregory C. Keating

Enclosures

GCK/tlm

cc: Jonathan M. Conti, Esq.

Boston:1944.1 016853.2003

---

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
225 Franklin Street, 26th Floor, Boston, Massachusetts 02110.2804  Tel: 617.217.2831  Fax: 617.217.2559  www.littler.com