UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Charles Langone
Plaintiff,

         V.

Civil Action Number
04-10041-PBS

USCO Distribution Services, Inc.
Defendant.

June 1, 2004

## SCHEDULING ORDER

Saris, D.J.,

All Automatic Disclosures within 30 days.

All depositions by: 8/31/04

All damages discovery is stayed.

Summary Judgment Cross Motion filing deadline: 9/15/04

Opposition to Summary Judgment Cross Motions: 9/30/04

Hearing on Summary Judgment or Pretrial Conference: 10/20/04 at 2:00 p.m.

Case to be referred to Mediation program: June/July, 2004

By the Court,

/s/ Robert C. Alba
Deputy Clerk