UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>USCO DISTRIBUTION SERVICES, INC., a/k/a USCO LOGISTICS SERVICES, INC.<br><br>Defendant. | C.A. No. 04cv10041 PBS |

**PLAINTIFF'S DISCLOSURE STATEMENT
PURSUANT TO F.R.C.P. 26(a)(1)**

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A), Plaintiff makes the following initial disclosures:

A) Fund Manager Charles Langone is likely to have information relevant to the disputed facts alleged in this matter. His business address and phone number is 535 Boylston Street, Boston, MA 02116-3770, (617) 266-8900.

B) The relevant documents, as identified pursuant to Local Rule 26.2 (A) and F.R.C.P. 26(a), as follows:

1) Collective Bargaining Agreement in effect between 9/1/96 and 8/31/01;

2) Collective Bargaining Agreement in effect between 9/1/01 and 8/31/2006;

2) Rules and Regulations of the New England Teamsters and Trucking Industry Pension Fund;

3) Restated Agreement and Declaration of Trust;

4) New England Teamsters and Trucking Industry Pension Fund Audit No. 3149 dated April 5, 2001;

    5)    New England Teamsters and Trucking Industry Pension Fund Audit No. 3150 dated April 5, 2001.

C)    A computation of damages claimed by the Fund to date is as follows:

| | |
|---|---|
| Delinquent Contributions Pursuant to Unpaid Audit: | $17,079.07 |
| Interest | $ 8,209.75 |
| Attorney Fees and costs | $ 6,584.99 |

Plaintiff reserves his right to supplement this document prior to trial.

Dated: June 30, 2004                      Respectfully submitted,

                                                Jonathan M. Conti
                                                BBO# 657163
                                                Feinberg, Campbell & Zack, P.C.
                                                177 Milk Street
                                                Boston, MA  02109
                                                (617) 338-1976

                                                /s/ Jonathan M/ Conti
                                                Attorney for Plaintiff, Charles Langone

### Certificate of Service

    I, Jonathan M. Conti, attorney for the Plaintiff, hereby certify that on this day I mailed the within document by first class mail, postage prepaid, to Gregory C. Keating, Littler Mendelson, P.C., 225 Franklin Street, 26th Floor, Boston, MA 02210, attorney for Defendant.

                                                /s/ Jonathan M/ Conti
                                                Jonathan M. Conti