UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL -1  P 2: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, )<br><br>Plaintiff, )<br><br>V. )<br><br>USCO DISTRIBUTION SERVICES, INC. a/k/a USCO LOGISTICS SERVICES, INC., )<br><br>Defendant. ) | Civil Action No.: 04-10041 PBS |

**DEFENDANT USCO DISTRIBUTION SERVICES, INC.'S
RULE 26 INITIAL DISCLOSURE**

Pursuant to Local Rule 26.2(A), Fed. R. Civ. P. 26(a)(1) and the Court's Scheduling Order, dated June 1, 2004, the defendant USCO Distribution Services, Inc. ("USCO") hereby provides the following information:

1.  Eric Peterson, Manager Employee Relations, Kuehne & Nagel, 22 Spencer Street, Naugatuck, Connecticut 06770, telephone (203) 578-4436. Mr. Peterson has knowledge regarding the process by which lapse notices for disability policies are generated and sent.

2.  Steven Cooke, Distribution Center, Kuehne & Nagel, 12 Fords Park Drive, Franklin, Massachusetts 02038, telephone (508) 520-0060 ext. 201. Mr. Cooke has knowledge regarding the handling of Mr. Langone's claim for benefits.

Other than the Collective Bargaining Agreement which is attached to the Complaint, USCO has no documents in its possession, custody or control which are relevant to facts alleged with particularity in the Complaint.

Respectfully submitted,

USCO DISTRIBUTION SERVICES, INC.,

By their attorney,

Gregory C. Keating (BBO # 564523)
Littler Mendelson, P.C.
225 Franklin Street
26th Floor
Boston, MA 02110
Tel.:   (617) 217-2048

Dated: July 1, 2004

Boston:2730.1 016853.2003

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney on record for each other party by 1st class mail/hand delivery on: 7/1/04