**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LANGONE
        Plaintiff(s)

V.

USCO DISTRIBUTION SERVICES, INC.
        Defendant(s)

CIVIL ACTION

NO.  04-10041-PBS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  SARIS

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]  On _____ I held the following ADR proceeding:

    _____  SCREENING CONFERENCE  _____ EARLY NEUTRAL EVALUATION
    _____  MEDIATION  _____ SUMMARY BENCH / JURY TRIAL
    _____  MINI-TRIAL  _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]  Settled.  Your clerk should enter a _____ day order of dismissal.

[ ]  There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[X]  Suggested strategy to facilitate settlement:
    The plaintiff has concluded that mediation would not be fruitful at this time.

8/6/04
DATE

S/  Amy Bressler Nee
Deputy Clerk to Hon. A. David Mazzone

(Langone.wpd - 4/12/2000)                                                                [adrrpt.]