UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
)
Plaintiff, )
v. )
) C.A. No. 04cv10041 PBS
)
USCO DISTRIBUTION SERVICES, INC., )
a/k/a USCO LOGISTICS SERVICES, INC. )
)
Defendant. )

## JOINT MOTION FOR EXTENSION OF TIME FOR CONDUCTING DEPOSITIONS AND FOR FILING DISPOSITIVE MOTIONS

Now come Plaintiff New England Teamsters and Trucking Industry Pension Fund ("Plaintiff") and Defendant USCO Distribution Services, Inc., a/k/a USCO Logistics Services, Inc. ("Defendant"), and jointly request an extension of time in which to conduct depositions and file cross motions for summary judgment. As grounds for the motion, the parties state as follows:

1. On August 18, 2004, Defendant noticed the deposition of Charles Langone for August 25, 2004.

2. Mr. Langone is not available for a deposition on August 25, and is not available for a deposition until after September 6, 2004.

3. The deposition deadline pursuant to the Scheduling Order is August 31, 2004.

4. Cross Motions for Summary Judgment are due on September 15, 2004, and Oppositions to Summary Judgment Cross Motions are due on September 30, 3004.

5. An extension of time will allow Defendant sufficient time to schedule a deposition of Mr. Langone and also provide the parties with sufficient time to file any Cross Motions for Summary Judgment following the deposition.

6. The parties have tentatively scheduled Mr. Langone's deposition for September 9, 2004.

WHEREFORE, the Parties respectfully request that

A. the deadline for conducting depositions be extended from August 31, 2004 to September 20, 2004;

B. the deadline for filing Cross Motions for Summary Judgment be extended from September 15, 2004 to October 1, 2004; and

C. the deadline for filing Oppositions to Cross Motions for Summary Judgment be extended from September 30, 2004 to October 15, 2004.

For the Plaintiff
NEW ENGLAND TEAMSTERS
AND TRUCKING INDUSTRY
PENSION FUND
By its Attorney

_____
Jonathan M. Conti (BBO #657163)
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Dated: August 23, 2004

For the Defendant
USCO DISTRIBUTION SERVICES, INC.
a/k/a USCO LOGISTICS SERVICES, INC.

By its Attorney

_____
Gregory C. Keating (BBO # 564523)
Littler Mendelson, P.C.
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-3831

2