UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>USCO DISTRIBUTION SERVICES, INC., a/k/a USCO LOGISTICS SERVICES, INC.<br><br>Defendant. | C.A. No. 04cv10041 PBS |

## EMERGENCY MOTION FOR EXTENSION OF TIME FOR CONDUCTING DEPOSITIONS AND FOR FILING DISPOSITIVE MOTIONS

Now comes Plaintiff New England Teamsters and Trucking Industry Pension Fund ("Plaintiff") and moves for an extension of time in which to conduct depositions and file cross motions for summary judgment. As grounds for the motion, Plaintiff states as follows:

1. On September 17, 2004, Plaintiff noticed the depositions of Eric Peterson and Steven Cooke for September 24, 2004.

2. The deadline for conducting depositions is September 20, 2004.

3. Plaintiff recently learned that Mr. Peterson and Mr. Cooke have additional knowledge concerning the merits of this case beyond that described by the Defendant in its Rule 26 Initial Disclosures.

4. Plaintiff's counsel was out of the office for personal reasons for several days following the Defendant's deposition of Charles Langone on September 9,

and has been involved in litigation involving other clients for the past week, preventing him from scheduling a deposition during that time.

5. According to Defendant, neither Mr. Peterson nor Mr. Cooke is available for a deposition on September 20, 2004, the current deposition deadline.

6. Defendant has refused to consent to the Plaintiff's request for an extension of time in which to conduct depositions.

7. Depositions of Mr. Peterson and Mr. Cooke are essential to the Plaintiff's case and a brief extension of time would not prejudice the Defendant in any way.

8. The deposition deadline pursuant to the Scheduling Order is September 20, 2004.

9. Cross Motions for Summary Judgment are due on October 1, 2004.

**WHEREFORE**, the Plaintiff respectfully requests that

A. the deadline for conducting depositions be extended from September 20, 2004 to October 8, 2004;

B. the deadline for filing Cross Motions for Summary Judgment be extended from October 1, 2004 to October 22, 2004; and

C. the deadline for filing Oppositions to Cross Motions for Summary Judgment be extended from October 15, 2004 to November 5, 2004.

Respectfully submitted,

Jonathan M. Conti
BBO # 657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617)-338-1976

## CERTIFICATE OF COMPLIANCE

I, Jonathan M. Conti, hereby certify that pursuant to Local Rule 7.1, I have conferred in good faith with counsel of record in this matter.

_____
Jonathan M. Conti

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, attorney for the Plaintiff, hereby certify that on this day I had hand delivered a copy of the within document to Amy Nash, Esq., Littler Mendelson, P.C., 225 Franklin Street, 26th Floor, Boston, MA 02110.

Date: September 17, 2004

_____
Jonathan M. Conti

3