UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 SEP 27  P 4: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHARLES LANGONE, as FUND MANAGER  )
of the NEW ENGLAND TEAMSTERS AND  )
TRUCKING INDUSTRY PENSION FUND,   )
                                  )
            Plaintiff,            )
                                  )
V.                                )   Civil Action No.: 04-10041 PBS
                                  )
USCO DISTRIBUTION SERVICES, INC.  )
a/k/a USCO LOGISTICS SERVICES, INC., )
                                  )
            Defendant.            )

**EMERGENCY MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME FOR CONDUCTING DEPOSITIONS AND FOR FILING DISPOSITIVE MOTIONS**

NOW COMES the Defendant USCO Distribution Services, Inc. ("USCO") and moves this Honorable Court for reconsideration of the Order issued today granting the Emergency Motion for Extension of Time for Conducting Depositions and for Filing Dispositive Motions submitted by the Plaintiff in this matter. As grounds for this Motion, USCO states as follows:

1.  On Friday, September 17, 2004, Plaintiff filed its Emergency Motion.

2.  On Monday, September 20, 2004, USCO submitted its Opposition to the Emergency Motion. A true and accurate copy of that Motion is attached as Exhibit 1. USCO's Opposition pointed out both factual and legal reasons why Plaintiff's Motion should not be granted in light of this Honorable Court's Scheduling Order and the prejudice which would flow to USCO should Plaintiff's Motion be granted.

3.  Upon consultation with this Honorable Court's Clerk, USCO has discovered that this Honorable Court did not have access to Defendant's Opposition as of the date it made its

ruling.

4.      USCO respectfully submits that given the heavily contested issues presented, the prejudice which USCO feels it will suffer should the Motion be granted and the fact this Honorable Court did not have access to USCO's Opposition before making its initial ruling, this Honorable Court should grant USCO's Emergency Motion for Reconsideration and deny the Emergency Motion for Extension of Time for Conducting Depositions and for Filing Dispositive Motions originally filed by the Plaintiff.

> Respectfully submitted,
>
> USCO DISTRIBUTION SERVICES, INC.,
>
> By their attorney,
>
> _____
> Gregory C. Keating (BBO # 564523)
> Littler Mendelson, P.C.
> 225 Franklin Street
> 26th Floor
> Boston, MA  02110
> Tel.:   (617) 217-2048

Dated: September 27, 2004

## CERTIFICATE OF COMPLIANCE

I, Gregory C. Keating, hereby certify that pursuant to Local Rule 7.1, I have conferred in good faith with counsel of record in this matter prior to filing this Motion.

_____
Gregory C. Keating

### CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney on record for each other party by overnight mail/hand delivery on: 9/27/04

GCK

Boston:3990.1 016853.2003