UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Charles Langone

                Plaintiff(s),                CIVIL ACTION
                                                          NO.   04-10041-PBS

     v.

USCO Distribution Services, Inc.
                Defendant(s).


## NOTICE OF RESCHEDULED MOTION HEARING/PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                              October 22, 2004

      The Summary Judgment Motion Hearing/Pretrial Conference previously scheduled for November 3, 2004, has been **rescheduled** to **November 19, 2004, at 2:00 p.m.**

                                                                By the Court,


                                                               /s/ Robert C. Alba
                                                              Deputy Clerk


Copies to:  All Counsel


resched.ntc