UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>USCO DISTRIBUTION SERVICES, INC., a/k/a USCO LOGISTICS SERVICES, INC.<br><br>Defendant. | C.A. No. 04cv10041 PBS |

FILED
IN CLERK'S OFFICE

2004 OCT 22 P 4: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Charles Langone, as Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, hereby moves the Court to enter judgment in his favor as a matter of law. In support of his motion, Plaintiff submits the attached Memorandum of Law.

Respectfully submitted

For the Plaintiff
By His Attorneys,

Catherine M. Campbell (BBO #549397)
Jonathan M. Conti (BBO #657163)
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Dated this 22nd of October, 2004.

## CERTIFICATE OF COMPLIANCE

I, Jonathan M. Conti, hereby certify that pursuant to Local Rule 7.1, I have conferred in good faith with counsel of record in this matter.

_____
Jonathan M. Conti

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, attorney for the Plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Gregory C. Keating, Esq., Littler Mendelson, P.C., One International Place, Suite 2700, Boston, MA 02110.

Dated: October 22, 2004

_____
Jonathan M. Conti