UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 22 P 4: 0

U.S. DISTRICT COURT
DISTRICT OF MASS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
Plaintiff, )
v. ) C.A. No. 04cv10041 PBS
)
USCO DISTRIBUTION SERVICES, INC., )
a/k/a USCO LOGISTICS SERVICES, INC. )
)
Defendant. )

## AFFIDAVIT OF ROBERT M. ROCHA

I, Robert M. Rocha, under oath and based on my personal knowledge, hereby depose and state the following:

1. My name is Robert M. Rocha and my current address is 71 Floral Street, Taunton, Massachusetts 02780.

2. I have been an employee of USCO Distribution Services, Inc. ("USCO") since 1990. I am also the Union Steward for Teamsters Local 25 at USCO's Forge Park warehouse in Franklin, Massachusetts. I have been the Union Steward for the past twelve years.

3. The primary business of USCO is third party warehouse and inventory logistics. At the warehouse in Franklin, we receive merchandise, store it, and then later ship it to other locations.

4. I hold the position of "Warehouse Person" at USCO. My primary responsibilities are to handle stock in the warehouse, and to load and unload

trucks that both deliver merchandise to the warehouse and ship it to other locations.

5. In addition to "Warehouse Persons", the other bargaining unit positions in the warehouse are "Selectors" and "Picker-Packers". "Selectors" select product located on the warehouse floor, while "Picker-Packers" handle the shipping and receiving and packaging of merchandise.

6. USCO often supplements the daily work force through the use of temporary employees supplied by a temporary staffing agency.

7. Steven Cooke and William Glover are the two main supervisors for the warehouse bargaining unit employees.

8. Mr. Cooke and Mr. Glover also supervise the temporary employees provided by temporary staffing agencies.

9. When a temporary employee first reports to work at USCO, USCO supervisors and/or management personnel train him with respect to the manner in which the work is to be completed, the various tools and equipment to employ, and advise him as to USCO's work rules or procedures.

10. Mr. Cooke and Mr. Glover make the decision as to where to assign temporary employees in the warehouse, and determine the duration of the temporary employees' particular assignments or projects.

11. The work performed by the temporary employees is the same work performed by bargaining unit "Warehouse Persons", "Selectors", and "Picker-Packers", and the temporary employees work side by side with the bargaining unit employees performing this work.

12. There are no supervisors from the temporary employment agency on site at the USCO warehouse.

13. Supervisors Cooke and Glover discipline temporary employees and have in the past sent temporary employees home for disciplinary reasons.

14. All tools and equipment needed to work in the warehouse, including hand trucks and pallet jacks, boxes, and packaging materials, are provided by USCO to the temporary employees.

15. USCO at times has employed the same individual temporary employees for up to two consecutive months at a time, but has made sure not to allow a temporary employee to work thirty (30) consecutive working days at the warehouse so as not to trigger the Probationary Period clause of the collective bargaining agreement, whereby any employee who works thirty consecutive working days shall become a regular bargaining unit employee and a member of the Union. USCO has provided temporary employees a day or two off before returning to work at USCO so as not to trigger this thirty consecutive working day provision.

16. There is no other classification of worker who is working or has worked at USCO's warehouse who is considered to be a "temporary employee" other than the employees supplied to USCO by temporary staffing agencies.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 30 DAY OF SEPTEMBER, 2004.

_Robert M. Rocha_
Robert M. Rocha