UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 22  P 4: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHARGES LANGONE, as FUND MANAGER for the NEW ENGLAND TEAMSTERS and TRUCKING INDUSTRY PENSION FUND, Plaintiff, <br><br> v. <br><br> USCO DISTRIBUTION SERVICES, INC. a/k/a USCO LOGISTICS SERVICES, INC. Defendant. | Civil Action No. 04-10041-PBS |

**DEFENDANT USCO DISTRIBUTION SERVICES, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant USCO Distribution Services Inc. moves, pursuant to Fed. R. Civ. P. 56(b) and upon the pleadings, affidavits, deposition testimony, and documents submitted herewith, for summary judgment on all Counts of Plaintiff's Complaint. Defendant sets forth the grounds for this Motion in the accompanying Memorandum of Law and Affidavits.

WHEREFORE, Defendant respectfully asks the Court to enter judgment in its favor on Counts I through III of Plaintiff's Complaint.

Boston:3437.1 016853.2003

## Request for Oral Argument

Defendant respectfully requests oral argument on this Motion. As grounds for this request, defendant states that oral argument will assist the Court in clarifying and disposing of the issues raised in this Motion.

Respectfully submitted,

USCO DISTRIBUTION SERVICES, INC.,
a/k/a USCO LOGISTICS SERVICES, INC.

By its attorneys,

_____
Gregory C. Keating (BBO # 564523)
Amy L. Nash (BBO # 647304)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
Telephone: (617) 378-6000

Dated: October 22, 2004

Boston:3437.1 016853.2003

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on October 22, 2004, I conferred with counsel for plaintiff in a good faith but unsuccessful attempt to narrow the issues presented in this Motion.

_____
Gregory C. Keating

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each other party by hand on October 22, 2004.