UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
Plaintiff, )
v. ) C.A. No. 04cv10041 PBS
)
USCO DISTRIBUTION SERVICES, INC., )
a/k/a USCO LOGISTICS SERVICES, INC. )
)
Defendant. )

## SECOND AFFIDAVIT OF ARTHUR J. LAZAZZERO

Arthur J. Lazazzero deposes and states as follows:

1. My name is Arthur J. Lazazzero and I am a Business Agent and Trustee for Teamsters Local 25, hereinafter referred to as "Local 25". My office address is 544 Main Street, Boston, Massachusetts 02129.

2. I served as the chief negotiator for Local 25 during the collective bargaining negotiations that resulted in the September 1, 2001 through August 31, 2006 collective bargaining agreement between Local 25 and USCO, hereinafter referred to as the "2001-2006 agreement."

3. During the most recent round of collective bargaining negotiations that resulted in the 2001-2006 agreement, USCO's chief negotiator, Eric Peterson, requested that the Union agree to change the language found in the pension provision to eliminate the requirement that USCO make contributions for temporary employees for each hour worked at USCO. In response, I made the

Union's position clear that it would not agree to change the language found in the Pension provision.

4. During negotiations for the 2001-2006 agreement, the parties made no changes to the pension language. The pension language is identical to that found in the 1996-2001 agreement.

5. During negotiations for the 2001-2006 agreement, the parties added the language found in Article 10 of the agreement, titled "Use of Temporary Workers and Overtime."

6. During negotiations for the 2001-2006 agreement, whereby the language found in Article 10 was added to the agreement, there was no discussion whatsoever between the parties regarding whether to use the phrase "temporary workers" rather than "temporary employees" when referring to those employees supplied by an outside temporary staffing agency to USCO.

7. At no point during the negotiations for the 2001-2006 agreement, whereby Article 10, "Use of Temporary Workers and Overtime" was added to the agreement, did Eric Peterson or anyone else representing USCO state or imply that the term "temporary worker" should be used so as to distinguish those employees supplied by a temporary staffing agency from the "probationary employees" described in Article 5 of the agreement, or from the "temporary employees" described in Article 15, the pension provision.

8. The only individuals referred to as "temporary employees" or "temps" by the parties since I have been representing the Union are those individuals supplied to USCO by a temporary staffing agency.

9. The parties have never used the term "temporary employee" interchangeably with the term "probationary employee." "Temporary employees" are those employees supplied by a temporary staffing agency, while "probationary employees" are those employees hired directly by USCO with the intention of hiring them as permanent/regular employees at the conclusion of the probationary period described in Article 5 of the agreement.

SIGNED UNDER THE PENALTIES OF PERJURY THIS ___4___ DAY OF NOVEMBER, 2004.

_____
Arthur J. Lazazzero