UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV -5  P 4: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
Plaintiff, )
v. )
) C.A. No. 04cv10041 PBS
USCO DISTRIBUTION SERVICES, INC., )
a/k/a USCO LOGISTICS SERVICES, INC. )
)
Defendant. )

## SECOND AFFIDAVIT OF ROBERT M. ROCHA

I, Robert M. Rocha, under oath and based on my personal knowledge, hereby depose and state the following:

1. My name is Robert M. Rocha and my current address is 71 Floral Street, Taunton, Massachusetts 02780.

2. I have been an employee of USCO Distribution Services, Inc. ("USCO") since 1990. I am also the Union Steward for Teamsters Local 25 at USCO's Forge Park warehouse in Franklin, Massachusetts. I have been the Union Steward for the past twelve years.

3. The temporary employees supplied to USCO by outside staffing agencies unload product, label and ticket product, and re-box product. All of these tasks have previously been performed by the bargaining unit employees and continue to be performed by the bargaining unit today.

2

4. Bargaining unit employees have never refused to perform any of the work done by temporary employees supplied to USCO by an outside staffing agency. Bargaining unit employees have always unloaded product, labeled or ticketed product, and re-boxed product as part of their job duties.

5. Steven Cooke and Bill Glover spend as much time overseeing and supervising the work of the temporary employees supplied by outside staffing agencies as they do overseeing and supervising the work of the bargaining unit employees.

6. I have observed several temporary employees supplied by outside staffing agencies working at USCO's Forge Park warehouse in Franklin, Massachusetts for periods lasting for more than thirty days, and for as long as sixty days.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 5th DAY OF NOVEMBER, 2004.

_____
Robert M. Rocha