UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV -5  P 4: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
Plaintiff, )
v. ) C.A. No. 04cv10041 PBS
)
USCO DISTRIBUTION SERVICES, INC., )
a/k/a USCO LOGISTICS SERVICES, INC. )
)
Defendant. )

## SECOND AFFIDAVIT OF JONATHAN M. CONTI

I, Jonathan M. Conti, Esq., under oath, affirm and declare as follows:

1. I am an attorney with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I have acted as legal representative of Plaintiff for the purposes of the above-captioned matter.

2. Attached as Exhibit A are true and correct copies of the additional pages of the Deposition of Steven A. Cooke, Distribution Center Manager for Defendant USCO Distribution Services, Inc., a/k/a USCO Logistics Services, Inc., which have been referred to in the Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment filed in the matter now pending before this court. I conducted the deposition of Mr. Cooke on October 12, 2004.

3. Attached as Exhibit B are true and correct copies of the pages of the Deposition of Eric N. Peterson, Manager of Employer Relations for Defendant USCO

Distribution Services, Inc., a/k/a USCO Logistics Services, Inc., which have been referred to in the Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment filed in the matter now pending before this court. I conducted the deposition of Mr. Peterson on October 12, 2004.

    SIGNED UNDER THE PENALTIES OF PERJURY THIS 5th ~~DAY OF~~
NOVEMBER, 2004

                                            Jonathan M. Conti

# ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04cv10041 PBS

```
*******************************
CHARLES LANGONE, as FUND MANAGER      *
of the NEW ENGLAND TEAMSTERS AND      *
TRUCKING INDUSTRY PENSION FUND,       *
              Plaintiff,              *
                                      *
                                      *
       V                              *
                                      *
USCO DISTRIBUTION SERVICES, INC.,     *
a/k/a USCO LOGISTICS SERVICES, INC.,  *
              Defendant.              *
*******************************
```

Deposition of STEVEN A. COOKE, taken on behalf of the Plaintiff, pursuant to Notice under the Federal Rules of Civil Procedure, before Janice A. Maggioli, RPR, RMR, CRR, and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Feinberg, Campbell & Zack, 177 Milk Street, Boston, Massachusetts, on October 12, 2004 commencing at 11:05 a.m.



**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04cv10041 PBS

*******************************************
CHARLES LANGONE, as FUND MANAGER          *
of the NEW ENGLAND TEAMSTERS AND          *
TRUCKING INDUSTRY PENSION FUND,           *
            Plaintiff,                    *
                                          *
        V                                 *
                                          *
USCO DISTRIBUTION SERVICES, INC.,         *
a/k/a USCO LOGISTICS SERVICES, INC.,      *
            Defendant.                    *
*******************************************

Deposition of ERIC N. PETERSON, taken on behalf of the Plaintiff, pursuant to Notice under the Federal Rules of Civil Procedure, before Janice A. Maggioli, RPR, RMR, CRR, and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Feinberg, Campbell & Zack, 177 Milk Street, Boston, Massachusetts, on October 12, 2004 commencing at 10:00 a.m.

1  Q.  And that is formerly USCO Distribution
2      Services?
3  A.  Yes.
4  Q.  And do you know when that changeover occurred?
5  A.  Not specifically.
6  Q.  Rough estimate.
7  A.  I want to say three years ago.
8  Q.  And how long have you been with the company?
9  A.  Four years.
10 Q.  And what's your current position?
11 A.  Manager of employer relations.
12 Q.  And is that the position you were hired for
13     about four years ago?
14 A.  Yes.
15 Q.  And what are your basic job duties?
16 A.  Responsible for labor relations and employer
17     relations of the company, approximately 1200
18     employees.
19 Q.  And do you deal with Teamsters Local 25 in your
20     capacity?
21 A.  I have.
22 Q.  You have.  Do you currently at this time?
23 A.  I would if the need arises.
24 Q.  And can you explain to me the general business

1   Q.   Is that a corporate office?
2   A.   It's the headquarters.
3   Q.   Is there a warehouse there?
4   A.   No.
5   Q.   And, again, just to clarify, Exhibit 1 in front
6        of you you have never seen that document prior
7        to today?
8   A.   No, I haven't.
9                MR. CONTI:  Just give me one
10       minute.
11               (Short break was taken.)
12  Q.   If you could turn to Exhibit 2, Article 15.
13  A.   Okay.
14  Q.   Were you present during collective bargaining
15       negotiations for Exhibit 2?
16  A.   Yes.
17  Q.   Do you recall during those negotiations whether
18       there were any -- whether there was any
19       discussion between the parties regarding the
20       language in Article 15 Section B concerning the
21       phrase "temporary employee"?
22  A.   No, I don't.
23  Q.   There was no discussion --
24               MR. KEATING:  I don't think --

1  Q.  -- or you don't recall?
2  A.  I don't recall. Let me just read the language
3      again.
4                    (Pause).
5  Q.  Did you read the language?
6  A.  Yes.
7  Q.  And you still don't recall?
8  A.  We didn't -- I don't recall discussing this at
9      the table during negotiations, and I would --
10     well, I don't think we did.
11              MR. CONTI: I don't have
12     anything else.
13              MR. KEATING: Can you just read
14     the last substantive question by Mr. Conti?
15       (The reporter read the requested testimony.)
16              MR. KEATING: Thank you. I have
17     nothing.
18              (Deposition of ERIC N. PETERSON closed.)
19
20
21
22
23
24