UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>V.<br><br>USCO DISTRIBUTION SERVICES, INC. a/k/a USCO LOGISTICS SERVICES, INC.,<br><br>Defendant. | Civil Action No.: 04-10041 PBS |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that, effective immediately, the address of the attorney for Defendant, USCO Distribution Services, Inc., is as follows:

> Gregory C. Keating, Esq.
> Littler Mendelson, P.C.
> One International Place
> Suite 2700
> Boston, MA 02110
> Phone: (617) 378-6003
> Facsimile: (617) 737-0052
> E-Mail: gkeating@littler.com

Respectfully submitted,

USCO DISTRIBUTION SERVICES, INC.,

By their attorney,

_____
Gregory C. Keating (BBO # 564523)
Littler Mendelson, P.C.
One International Place
Suite 2700
Boston, MA 02110
Tel.: (617) 378-6003

Dated: November 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each other party by first-class mail on November 12, 2004.

_____
Gregory C. Keating

Boston:4909.1 016853.2003