UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARELS LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br>v.<br><br>USCO DISTRIBUTION SERVICES, INC., a/k/a USCO LOGISTICS SERVICES, INC.<br><br>Defendant. | C.A. No. 04cv10041 PBS |

### MOTION TO EXTEND DEADLINE REGARDING PLAINTIFF'S INTEREST IN PARTICIPATING IN MEDIATION

Now comes Plaintiff Charles Langone, as Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, and hereby moves the Court to postpone the deadline in which Plaintiff is to provide his answer as to whether he intends to participate in mediation from December 20, 2004, to January 7, 2005.

As grounds for his Motion, Plaintiff states as follows:

1. A meeting of the Trustees of the New England Teamsters and Trucking Industry Pension Fund is scheduled for December 20.

2. Plaintiff's attorney will be out of the office the week of December 27, 2004.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline in which Plaintiff is to advise the Court as to his interest in participation in mediation from December 20, 2004, to January 7, 2005.

Respectfully submitted

For the Plaintiff
By His Attorney,

Jonathan M. Conti (BBO # 657163)
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Dated: December 17, 2004

### Certificate of Service

I, Jonathan M. Conti, attorney for the plaintiff, hereby certify that on this 17th day of December, I mailed by first class mail, a copy of the within document to Gregory C. Keating, Esq. Littler Mendelson, 225 Franklin Street, Boston, MA 02110

Jonathan M. Conti