# FEINBERG, CAMPBELL & ZACK, P.C.

Attorneys at Law

177 Milk Street, Suite 300 • Boston, Massachusetts 02109

617-338-1976

Fax 617-338-7070   Toll Free 800-338-6004

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL
cmc@fczlaw.com
Also admitted in California
ARTHUR G. ZACK
agz@fczlaw.com

JONATHAN M. CONTI
jmc@fczlaw.com
Also admitted in Connecticut
and Wisconsin

January 7, 2004

*Via Hand Delivery*

Hon. Patti B. Saris
United States District Court
For the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

   RE:   Charles Langone, Fund Manager of the New England Teamsters and
         Trucking Industry Pension Fund
         v. USCO Distribution Services, a/k/a USCO Logistics Services, Inc.
         C.A. No. 04-10041 PBS

Dear Judge Saris:

   I am writing on behalf of my client, Charles Langone, to inform the Court that the Plaintiff is not interested in participating in mediation of the above-referenced matter.

                                          Very truly yours,

                                          Jonathan M. Conti

cc:   Gregory C. Keating, Esq.

