UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br>v.<br><br>USCO DISTRIBUTION SERVICES, INC., a/k/a USCO LOGISTICS SERVICES, INC.<br><br>Defendant. | C.A. No. 04cv10041 PBS |

### AFFIDAVIT OF JONATHAN M. CONTI

I, Jonathan M. Conti, Esq., under oath, affirm and declare as follows:

1. I am an attorney with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I have acted as legal representative of Plaintiff for the purposes of the above-captioned matter.

2. Attached as Exhibit 1 are true and correct copies of the pages of the Deposition of Steven A. Cooke, Distribution Center Manager for Defendant USCO Distribution Services, Inc., a/k/a USCO Logistics Services, Inc., which have been referred to in the Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment filed in the matter now pending before this court. I conducted the deposition of Mr. Cooke on October 12, 2004.

3. Attached as Exhibit 2 is an "Agreement to Furnish Employees" between Defendant USCO Distribution Services, Inc., a/k/a USCO Logistics Services, Inc., and

Adecco North America, LLC, which was provided to Plaintiff by Defendant during the course of discovery.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 22nd DAY OF OCTOBER, 2004

Jonathan M. Conti