**Exhibit B-1**
**Invoice Pricing Structure - United States**
(Effective April 1, 2002)

This Exhibit B-1 is made a part of the Agreement to Furnish Provider Employees and Services dated March 25, 2002 by and between USCO Distribution Services, Inc. dba USCO Logistics ("USCO") and Adecco North America, LLC. ("Provider" or "Adecco") called (the "Agreement"). This Exhibit B-1 describes the Pricing to be charged for the Services in the United States.

1. Mark-Up. Adecco's pricing to USCO is based on a Mark-Up of the wages actually paid by Adecco to the Adecco Employee assigned to an USCO Facility multiplied by the applicable rate from the applicable Pricing Matrix shown below.Schedule. All Mark-Ups are all-inclusive for Services and there shall be no additional fees or charges of any kind.

|  | Regular Markup % | Transition [#] Mark-Up % |
|---|---|---|
| a. Denver, Colorado (USCO Loc. # 635) and Lewisville, Texas (USCO Loc # 857) |  |  |
| - Non Forklift | 37% | 37% |
| - Forklift | 39% | 37.5% |
| b. NYC-Manhattan DPC (USCO Loc #601) | 45% | 45% |
| c. All Other Provider Employees | 39% | 37.5% |

[#] Transition Mark-Up applies to (1) individuals who transfer from another provider of temporary labor or (2) individuals who USCO refers to Adecco for employment at an USCO Facility or (3) individuals already employed by Adecco at an USCO Facility who are transitioned to this Agreement, unless the existing Mark-Up is lower, in which case the lower Mark-Up will apply. Regular Mark-Up applies in all other cases.

2. Overtime. The Overtime Rate is 1.48 X the regular straight-time bill rate (e.g., Provider Employees paid $10.00 who receive Overtime will be billed at ($10 x 1.39) x 1.48 = $20.57 / hr. Overtime is payable based upon the applicable law in the jurisdiction where the Adecco Employee is performing the services.

3. Temporary to Permanent Transition Fees.

| # days Assigned | Non-Union | Union |
|---|---|---|
| 0-30 days | $1,500 | $1,000 |
| 31-60 days | $1,000 | $500 |
| 61-90 days | $500 | $0 |
| 91+ days | $0 |  |

- # days Assigned is Calendar days, not working days. # days includes all days worked on assignment for USCO for Transitioned Employees.

- Union facilities existing as of the date of this contract are: #752 - Franklin, MA; #739 -Jersey City, NJ; #717 - Alsip, IL; #769 - Ontario, CA; #708 - Port Clinton, OH; #760 - Denver, CO; #750 - Atlanta, GA; #764 - Lenexa, KS; #751 - Baltimore, MD; #758 - Dallas, TX.

IN WITNESS WHEREOF, the parties have each executed this Exhibit B-1 to the Agreement by their duly authorized representative on the date(s) shown below.

Adecco North America, Inc.                    USCO Distribution Services, Inc.

By: _____                By: _____
Title: _____                Title: _____
Printed Name: _____                Printed Name: _____
Date: _____                Date: _____

## Exhibit B - 2
## Invoice Pricing Structure
## Canada

This Exhibit B-2 is made a part of the Agreement to Furnish Provider Employees and Services dated March 25, 2002 by and between USCO Distribution Services, Inc. dba USCO Logistics ("USCO") and Adecco North America, LLC. ("Provider" or "Adecco") called (the "Agreement"). This Exhibit B-2 describes the Pricing to be charged by Adecco for the Services in Canada.

1.  Generally

    1.1  Mark-Up. Adecco's pricing to USCO is based on a Mark-Up of the wages actually paid by Adecco to the Adecco Employee assigned to an USCO Facility multiplied by the applicable rate from the applicable Pricing Matrix shown below.Schedule. All Mark-Ups are all-inclusive for Services and there shall be no additional fees or charges of any kind.

    1.2  Mark-Up Type. Transition Mark-Up applies to employees transitioned from another provider of temporary labor or referred by USCO to Adecco for employment at an USCO Facility. Transition Mark-Up also applies to employees already employed by Adecco at an USCO Facility who are transitioned to the this Agreement, unless the existing Mark-Up is lower, in which case the lower Mark-Up will apply. Regular Mark-Up applies in all other cases.

    1.3  Overtime. The Overtime Rate is 1.48 X the regular rate. Overtime is payable based upon the applicable law in the jurisdiction where the Adecco Employee is performing the services.

    1.4  Temporary to Permanent Transition Fees.

    | # days Assigned | Non-Union | Union |
    |---|---|---|
    | 0-30 days | $1,500 | $1,000 |
    | 31-60 days | $1,000 | $500 |
    | 61-90 days | $500 | $0 |
    | 91+ days | $0 | |

    - # days Assigned is Calendar days, not working days. # days includes all days worked on assignment for USCO for Transitioned Employees.

2.  Canada Matrix for Dorval & Montreal.

    *USCO will provide Adecco with Matrix Markups by April 20, 2002*

    | Job Category | Regular Mark-Up % | Transition Mark-Up% |
    |---|---|---|
    | Clerical / Administrative / Call Center | | |
    | Light Industrial / Warehouse | | |
    | Forklift Operators | | |

3.    Canada Matrix for areas other than Dorval & Montreal

*USCO will provide Adecco with Matrix Markups by April 20, 2002*

|  | Regular Mark-Up % | Transition Mark-Up% |
|---|---|---|
| Job Category | | |
| Clerical / Administrative / Call Center | | |
| Light Industrial / Warehouse | | |
| Forklift Operators | | |

IN WITNESS WHEREOF, the parties have each executed this Exhibit B-2 to the Agreement by their duly authorized representative on the date(s) shown below.

Adecco North America, Inc.                USCO Distribution Services, Inc.

By: _Mary Morrisey_                        By: _John Frick_

Title: _SUP/AAS_                           Title: _John Frick  Executive VP_

Printed Name: _Mary Morrisey_             Printed Name: _John Frick_

Date: _4/11/02_                            Date: _1/5/02_

**Exhibit A**
**Detailed Scope of Services**
(Effective April 1, 2002)

This Exhibit A is made a part of the Agreement to Furnish Employees dated March 25, 2002 by and between USCO Distribution Services, Inc. dba USCO Logistics ("USCO") and Adecco North America, LLC. ("Provider" or "Adecco") called (the "Agreement").

1.     Purpose. This Exhibit A describes the Scope of Work ("Services") to be performed by Adecco for USCO under the Agreement.   It provides an outline of the key minimum standards of performance for Adecco pursuant to the Agreement.  If any services, functions or responsibilities not specifically described in the Agreement or the Scope of Work are an inherent, necessary or customary part of the Services or are required for proper performance or provision of the Services in accordance with this Agreement and the Scope of Work, or are required by statute or law, they shall be deemed to be included within the scope of the Services to be delivered for the Fees (as defined below), as if such services, functions or responsibilities were specifically described in this Agreement or the Scope of Work.  If there is a conflict between the provisions of the Agreement and this Exhibit, the Agreement shall control.

2.     Administration.
       2.1     National Account Managers. Each party will appoint a National Account Manager to serve as a primary point of contact between the parties.

       Adecco's initial National Account Manager is   TBD _____ Mailing address _____
       _____ phone _____ ; fax: _____ ; email:
       _____ :

       USCO's initial National Account Manager is:
       Jennifer Anelli
       USCO Logistics Services
       One Hamden Center
       2319 Whitney Avenue Suite 300
       Hamden CT. 06518Phone: (203) 578-4403
       Fax: (203) 597-5345
       Email: janelli@usco.com

       2.3     Adecco Management Structure. USCO's business shall be supported by a National and Regional management structure: Adecco President, Senior Vice President of North American Sales (Mary Morrisey), Senior Sales Vice President (Karl Steidl), National Account Manager (TBD), Regional Vice Presidents, Field/Branch Operations Managers, Local Branch Managers, or their successors.

       **2.4     Escalation Paths.**  Refer to Adecco's document "Escalation Process/Quality Alert Forms" **[see Exhibit A-1]**
       Procedures to be as follows:
       (a) Receive the Issue
       (b) Record Details of Issue
       (c) Investigation, Corrective Action and Preventive Action
       (d) Check Corrective and Preventive Action
       (e) Verify Customer Satisfaction

2.5     National Implementation.

(a) Adecco agrees to assign a National Implementation Manager to the USCO program. Adecco will develop a formal, standardized implementation program for USCO, nationwide.

(b) Adecco agrees to perform site assessments and conduct meetings at each USCO facility. Following the site assessments, Adecco agrees to document conclusions and recommendations, forward same to USCO's initial National Account Manager while providing detailed implementation plans for each site. Adecco and USCO will use best efforts to implement all U.S. sites by April 1, 2002 and all Canada sites by April 29, 2002.

Phases of Implementation:
1. Pre-Implementation
2. Plan Design
3. Communication
4. Program Transition
5. Evaluation and Measurement

2.6     Training Materials. Adecco will, at its own expense, develop an employee orientation guide and an end-user orientation guide that will include, but not be limited to, the following: Adecco as the employer, safety training, absenteeism and tardiness, etc. These customized guides, which are created specifically for Adecco temporary employees and the USCO end-users, will be provided to those assigned to USCO facilities, at no cost to USCO.

3.     Employee Selection and Placement Requirements. This Section describes the minimum screening requirements for all individuals tendered to USCO facilities.

3.1     Application and Documentation. Prior to placement at an USCO facility, each Provider Employee will complete the following items:
   (a)     Standard Adecco' Screening Process – Employment Application, Reference checks, I-9 Verification, Testing & Evaluation (as described in Testing 3.4)
   (b)     USCO's Employee Acknowledgement and Confidentiality Agreement. Original documents to be kept in employee file at Adecco branch and made available to USCO for audit purposes.(Copies to be forwarded to local USCO branch for file)

3.2     Pre Employment Drug Screening. By placing an individual at an USCO facility, Adecco represents and warrants that such individual has tested negative after the correct implementation of the Drug Protocol described in this Section below not more than six (6) months prior to such placement. **No individual shall be placed at an USCO facility until this process is completed, unless "Exception 3.3" Escalation Path is completed.** Adecco shall comply with all laws governing drug testing of employees.

   (a)     Testing Facility and Procedures. Adecco shall use a suitable clinic to initiate the testing required by this Agreement.    Each individual shall submit to a five (5) panel test with the approved chain of custody collection procedure and use of an MRO (Medical Review Officer). The Required tests are as follows:

      i)       Urine sample to be analyzed for five (5) illegal substances:  cocaine, opiates, marijuana, phencyclidine (PCP) and amphetamines - (five panel test).

      ii)     All tests shall be analyzed by a federally certified laboratory and collected at an approved site.  The chain of custody procedure shall be used.

(b)     Notification.  As the employer of the temporary employee, Adecco will be notified of the test results and Adecco will retain all paperwork. Adecco will be responsible for notifying the appropriate Distribution Center Manager (DCM) of the employee's availability.  USCO will presume that each employee Adecco makes available has passed the drug test.

(c)     Re-Testing after 6 months.  A drug test is not required if: (1) an individual worked at an USCO Distribution Center as an Adecco employee and (2) the individual is placed at the same (or another) USCO facility within 6 months of the date the person left the prior USCO assignment.  Adecco will inform USCO facility Distribution Center Manager that the individual has passed their first drug test and is available.

3.3    Exception – For special circumstances such as large ramp ups or short notice, the following escalation path must be adhered with, to allow Provider Employees to start assignments prior to testing. (Customer's requirements for drug and background checks must be adhered to without exception).

      (a). USCO DCM contacts Adecco local Manager with order.
      (b). Adecco informs DCM that it cannot fill due to quantity, short notice, etc.
      (c). DCM contacts USCO National Account Manager – (As identified in 2.1).
      (d). USCO National Account Manager (As identified in 2.1) notifies local Adecco manager with or without approval and DCM via email or fax to indicate whether or not approval is granted to place Provider Employees providing steps (f) and (g) below are followed.
      (e) USCO National Account Manager (As identified in 2.1) tracks occurrences for corrective action.

      Once approval from USCO National Account Manager (As identified in 2.1) is confirmed, verification of the following must be met for each of the associates:

      (f). Drug Test results by completion of the second (2nd) workday.
      (g). Background Check completed and verified by end of fifth (5th) working day

      Time taken to complete testing and verification may vary by state and county - Adecco to advise of exceptions on local basis.

3.4     Background Checks. By placing an individual at an USCO facility, Adecco represents and warrants that such individual has successfully passed the background check described below not more than six (6) months prior to such placement. Adecco is required to comply with all laws governing background checks of employees. Adecco is required to follow the guidelines and requirements of the Fair Credit Reporting Act. The background check must include the following:

a) Credit and criminal history record research for the last seven years (at Federal and Local County level for each county applicant has resided in for past 7 years)

b) History research from seven to ten years only if the information has bearing on or is related to the records appearing within the seven-year time frame.

USCO and Adecco will agree upon guidelines to govern when prospective employees should be disqualified from USCO service as a result of the background check process and when USCO local and/or national management should be considered prior to placement of an employee.

3.5     Testing. Each Provider Employee placed at an USCO facility will successfully complete Adecco's standard skill screening ("Can Do, Will Do, Will Fit") which can be described in further detail by local Adecco offices.

a) For Light/Heavy Industrial assignments, Adecco to perform Safety Orientation to include Safety video and Adecco Safety Handbook (for which associate signs acceptance)

b) Adecco will screen applicants for forklift assignments and place only Forklift Operators with a minimum of 2 years prior forklift experience into USCO assignments.

c) Site and job specific orientation will be provided by Adecco, as requested, by local USCO DCM.

d) Provider Employees shall not be allowed to operate powered industrial equipment until trained and licensed according to USCO Policies.

3.6     Prior USCO History. Adecco will screen each applicant for prior work history at USCO and will gain approval from local USCO management for eligibility for reassignment at USCO prior to placement.

4.0     Service Commitment – Distribution Centers

4.1     Local DCM/Adecco Relationship

Local Adecco Branch Managers will initiate meetings with USCO Distribution Center Managers in order to understand business cycles and operational needs of local sites. Activities to include the following, as needed:

- Face to face meeting on quarterly basis or as required
- Single point of contact at local Adecco office
- Identify escalation path to resolve issues
- Cost saving suggestions based on local needs
- Identify local reporting needs

4.2    Order Fulfillment Process

[see Exhibit A-2]

Typically, Adecco's normal hours of operation are 7:30 AM to 5:30 PM. For USCO locations that require 7 days a week/24-hour support, Adecco will arrange this by location based on specific needs.

Additionally, Local Adecco Branch Managers can be reached via beeper, and all Adecco offices have e-mail systems as well as answering and fax machines that operate on a 7 x 24 basis to take your messages.

4.3    Management of Adecco Employees During Assignment.

Activities to include the following, as appropriate:

- Ongoing management of assignments and associates
- Timely follow-up by Adecco local Branch Manager to ensure quality compliance.
- Regular review of associate performance
- Adecco to administer surveys at the end of each assignment to all existing Adecco employees assigned to USCO to assess the satisfaction of these assigned employees. Adecco and USCO will mutually agree upon a customer satisfaction level to achieve the level of "exceeds expectations"
- Copies of all injury reports
- Service guarantee – if associate fails to meet quality criteria and USCO notifiesAdecco within 8 hours of start time, there will be no charge to USCO for hours worked.
- In the event an ADECCO employee sustains a work related injury, they should be referred to an Adecco representative immediately. Please refer to End User Card for information pertaining to local medical provider.
- Adecco and USCO will each conduct an investigation and complete seperate incident reports.

4.4    Removal of Adecco Employees.

Upon receipt of notification from USCO management, Adecco is responsible for termination of assignments.

5.    Billing Procedures

Local USCO branches will receive weekly invoicing via paper for auditing, approval and coding. Local USCO branch will submit to USCO Corporate A/P for payment processing.

6.    Management Reporting

Adecco will provide standard reports that break down USCO's usage information by department and site on a yearly, quarterly and monthly basis (at no cost to USCO) as requested. Reports will be made available via an agreed upon electronic format. Weekly reports may be provided, upon approval by both parties. These reports may capture the following information: total spend, spend by job position, number of hours, number of placements, order fulfillment and turnover.

7.    Five Ups – Key Performance Indicators

Adecco agrees to Benchmark the following metrics **6 (six) months** after implementation is completed, to set specific national performance service levels. Metrics to be measured starting April 1, 2002. Initial Commitments to be met during the period of April 1, 2002 through September 31, 2002, based on National performance, tracked by location. Minimum Goals to be met starting 10/1/02. Goals to be reviewed during National Business Reviews to revise specific national performance expectations. The proposed 5-UPS are as follows:

| 5 UPS | Initial Commitment | Minimum Goal |
|-------|--------------------|--------------|
| 1.  Invoice Accuracy | 95% | 98% |
|     Invoice Timeliness | 95% | 98% |
| 2.  Filled on Time | 85% | 95% |
| 3.  Customer Satisfaction Level (Overall Program) | 3.0 | 3.5 |
| 4.  Associate Quality Satisfaction Surveys | 3.0 | 3.5 |
| 5.  Turnover | 30% | 20% |

**Filled on Time** – Ratio of total orders received that are filled according to requested start date (taking into account USCO's pre-screening criteria and resume/interview process.) Example: USCO site submits 100 orders in one month and Adecco takes longer than 4 days (days taken to fulfill USCO's pre-screening requirements in this example) to fill 5 of the orders. Filled on time ratio is 95/100 = 95%.

**Turnover** – This standard will be measured on a per assignment basis at each location. example: USCO submits orders for 1000 assignments and Adecco has to reassign 15 of the positions. Turnover measurement is (15/1000) = .015%. Please note that only negative turnover will be tracked (positive turnover to include full-time hires at USCO etc.)

**Customer Satisfaction Level** – Surveys to be conducted on a local basis – Need to meet or exceed expectations (measured 1 through 5 using scale listed below)
1 = Unacceptable
2 = Fails to meet expectations
3 = Meets expectations
4 = Somewhat exceeds expectations
5 = Greatly exceeds expectations

**Associate Quality** - At the end of each assignment, written evaluations will be conducted by Adecco for each associate and results entered into Adecco's system. Need to meet or exceed expectations (measured 1 through 5 using scale listed above)
**Timeliness of Invoicing/Invoice Accuracy** – USCO to advise Adecco of invoicing discrepancies

8.    Response Time
Adecco will adhere to the following response time from the time an order is placed until a status is
established for the order.

| | |
|---|---|
| Same day order | 30 minute call back |
| Next day order | 1 hour call back |
| Temp-to-hire order | 2 hour call back |

9.    Order Fill Time
Adecco will make best efforts to comply with the following, for all orders that do not require a resume or
an interview, or completed background/drug test (3.3 Exception must be adhered to and verification of
testing must be presented as described in 3.3 (f) and (g)) prior to start or those requiring specific
certification or training prior to start.

| # Associates | LI/Warehouse | Clerical/Administrative |
|---|---|---|
| 1 – 10 | 1 hour or less | 1 hour to 1 day |
| 10 – 20 | 1 – 2 hours | 1 hour to 1 day |

10.    Order Fill Rate
Adecco's commitment to USCO as its National Provider of Temporary Employees is to fulfill 100% of
all assignments that are in the scope of this contract.

11.    Pay Rates
Pay rates will be reviewed annually by market between Adecco and USCO. Adecco will share market
pay rates of other companies in the area for comparative purposes.

12.    National Account Management
    12.1    Executive Sponsor.    Adecco agrees that a top-level executive, Karl Steidl, will monitor
and oversee this agreement, monitor and interact as part of any escalation process and participate
in national quarterly business reviews.

    12.2    National Account Manager.    Adecco will assign a National Account Manager to ensure
continued compliance and to monitor overall deliverables. The Assignment of the National
Account Manager is done with the understanding that USCO's annual spend is projected to be
approximately $15,000,000 after full implementation. The rate of spend will be reviewed every
6 months. If the projected rate of annual spend falls below $15,000,000 per year, the parties will
re-evaluate the assignment of the National Account Manager.

    12.3    Point Offices.    Adecco will assign an Adecco point office for each USCO location in the
U.S. and Canada. If there is not an Adecco office within 30 [thirty] miles of the USCO location,
Adecco will work with a suitable subcontractor in the area, to support the program.

    12.4    On -Site Assistance.    Adecco will provide a dedicated on-site Adecco program at
those USCO locations with 75 [seventy-five] FTE's or an annual spend of $1,250,000 in
temporary staffing. For an on-site Adecco program, Adecco will provide the personnel
and computers systems as needed. USCO will provide office space, phone, fax and other
standard supplies as needed. For locations whose levels of service fall at less than 75

seventy-five FTE's or $1,250,000 in annual spend, an Adecco near site program may be offered.

13. Business Reviews. Adecco will work closely with USCO to optimize the quality of service while controlling overall costs both at a national and local level. Business reviews will include, for example:
    a) National Business Reviews: Adecco will present national Quality Business Reviews(QBR) to USCO Corporate management 6 (six) months after implementation and each 6 (six) months thereafter.
    b) On-Site Locations: for all USCO On-Site locations, or for those locations with greater than $750,000 in annual spend, Adecco will develop a QBR to be presented quarterly, if requested by USCO.
    c) Distribution Centers with no On-Site (<$750,000 in annual spend): Associate Quality Surveys will be sent at the end of each assignment.

14. New Facility Startups.
These provisions apply for new facility startups projects (e.g., when USCO assumes operation of a new facility or when a significant number of temporary employees need to be placed or transitioned.)
    a) Provide wage surveys and local market analysis for new sites
    b) Adecco National Account Manager to identify local Adecco points of contact
    c) Management of transitioned assignments as necessary
    d) Identification of local reporting/technology needs (including Time & Attendance)
    e) Action plan/Timeline and Ramp-Up for large orders
    f) Provide specific training to USCO management on Adecco policies and procedures and the administration of this Agreement, including without limitation recruitment, screening, training and billing requirements.

15. Subvendors and Franchisees
These provisions are applicable to all Subvendors, franchisees, or licensees of Adecco. The use of Subvendors, franchisees or licensees of Adecco should be seamless and transparent to USCO.

IN WITNESS WHEREOF, the parties have each executed this Exhibit to the Agreement by their duly authorized representative on the date(s) shown below.

Adecco North America, LLC                    USCO Distribution Services, Inc.

By: _____                 By: _____
Title: _____                 Title: _____
Printed Name: _____                 Printed Name: _____
Date: _____                 Date: _____

**Exhibit A-1**

**Problem Resolution**

**Our Procedure for Handling Complaints and Problems**

Adecco feels very strongly about the need for an efficient, established process for problem resolution. Below we have listed the primary tenants of this program.

**Procedure for Improving Customer Service**

1) Once the cause of the complaint is determined, Adecco will work with the end user to develop and implement the most appropriate corrective action. Measures are put in place to ensure that such issues do not become repetitive.

2) Secondly, a Quality Improvement Alert Form will be completed by the Adecco manager and forwarded to the end user for immediate follow-up.

3) A meeting is scheduled to review the problem and agree upon corrective action between Adecco and client management.

4) The Adecco On-site Manager or Office Supervisor will assure follow through on corrective actions.

5) The Adecco On-site Manager will meet with USCO supervisor and/or HR Manager to verify satisfaction with the results.

**Escalation Procedures**

Each member of the staffing team at Adecco is thoroughly trained in addressing personnel and customer service issues. The scope of these issues ranges from simple payroll questions and conflict resolution to complex legal issues. The internal escalation process begins with the Office Supervisor or On-site Manager. If it is determined that the issue should be addressed further, the following members of our team may be consulted.



**Exhibit A-2**



# STEP BY STEP PROCEDURE FOR ORDERING A TEMPORARY ASSOCIATE AT USCO

The following process has been implemented due to USCO's requirements for tracking and reporting needs. This process will be reviewed and revised as needed, after it has been in place for a period of time. **Note:** If order is sent to on-site, on-site processes order and follows all necessary client required processes. If the order is sent to the Branch, the Branch handles the order.

1. USCO DCM/Department Manager contacts Adecco On-Site/supporting Branch office to request temporary associate (via phone, fax, email etc.)

2. Adecco On-Site/Branch calls USCO Manager to verify or obtain additional assignment information as needed and to confirm Location/Cost Center and Project ID.

3. On-Site/Branch office enters order into Adecco's CCM system. (Adecco is responsible for enlisting the services of a Staffing Partner in cases where they are unable to identify a qualified candidate in a timely manner as well as advising USCO of staffing partner.)

4. On-Site/Branch screens candidates for fit and is responsible for processing the following for associates:
    - Orientation requirements
    - Review Associate Tri-fold with associate
    - Obtain signed copy of USCO Confidentiality Agreement (Original copies to be kept in employee's file in Adecco branch. (Copies to be forwarded to local USCO branch)
    - Obtain Background Check/Drug Test Release form from associate
    - Issue any required safety equipment, ID badge request as necessary
    - Performing 5 Panel Drug Test and 7 year Criminal Background Check per USCO policy
    - General Safety Orientation, where applicable
    - Forklift testing where applicable (written and video)

5. On-Site/Branch fills the order and advises USCO Manager  (provides associate information and start date etc.) In the event that time is of the essence for an assignment, USCO end-user works with USCO Corporate HR to request Exception to Drug/Background Check policy being completed prior to start of assignment.

6. On-Site/Branch confirms assignment with associate.

7. On-Site/Branch contacts USCO Dept Manager regarding First Day Quality Call.

8. USCO Dept Manager calls On-Site/Branch if there are any questions or issues.

9. Associate calls On-Site/Branch with any issues or concerns (such as questions about paycheck).

10. On-Site/Branch makes a Quality Control Call one-week after the start of the assignment to again ensure customer satisfaction.

11. On-Site/Branch contacts the USCO Dept Manager during the last week of the assignment to determine if there is a need to extend the order and to again ensure complete customer satisfaction. Adecco sends "End of Assignment" evaluation from CCM and records feedback in CCM.

12. On-Site/Branch collects ID badges, any safety equipment issued from associate at the end of the assignment.

**Exhibit C**
**Corporate Accounting**
(Effective April 1, 2002)

This Exhibit C is made a part of the Agreement to Furnish Provider Employees and Services dated March 25, 2002 by and between USCO Distribution Services, Inc. dba USCO Logistics ("USCO") and Adecco North America, LLC. ("Provider" or "Adecco") called (the "Agreement"). This Exhibit C describes the Corporate Rebate Program in place between USCO and Adecco.

1. Generally

The Invoice Pricing Structure described in Exhibits B-1 and B-2 are based upon the Corporate Rebate provisions of this Exhibit C. The Corporate Rebate is a payment made by Adecco to USCO on a monthly basis reflecting the difference between the Mark-Ups described in the Invoice Pricing Structure and the Rebate Percentages described below. The Corporate Rebate is payable monthly without set-off or deduction and shall be received by USCO no later than the 30th day of the month (e.g., March Rebate payable by April 30th). If USCO does not pay an undisputed invoice within sixty (60) days of the due date then Adecco may, with prior notice to USCO's Chief Financial Officer, withhold such undisputed amount from the succeeding Rebate payment until such invoice(s) are paid by USCO.

2. Calculation of Corporate Rebate.

The Corporate Rebate will be applied based on the Job Category and will be calculated as follows:

    2.1   Definitions.

        a.    The "Category Billing" is the total Adecco bill for the month across all USCO locations in a particular Job Category.

        b.    The "Contracted Amount Mark-Up" is the Mark-Up for the Job Category as described in the applicable Matrix, below.

        c.    The "Billing Mark-Up" is the Mark-Up billed for the Job Category pursuant to Exhibit B-1 (United States) or B-2 (Canada).

    2.2   Rebate Calculation.
        The Rebate formula for a Job Category is:
        **[1- (Contracted Amount Markup ÷ Billing Markup) x Category Billing]**

        Example:
        If Light Industrial Regular Billing is \$1,000,000 then the Corporate Rebate for Light Industrial for the month would be:

        $[1-(1.3425/1.39) \times \$1,000,000] = \$34,172.66$

    2.3   Reports. With each Rebate payment, Adecco will provide USCO's National Manager with an electronic Reconciliation Report that shows the Category Billing by USCO Location Number with the rebate calculation by Location.

Exhibit C - Corp Accounting Final 032502

Page 1 of 2

2.  Contracted Amount Matrix - United States

|  | Regular | Transition |
| --- | --- | --- |
| Job Category | Mark-Up % | Mark-Up% |
| Clerical / Administrative / Call Center | 30.00% | 28.5% |
| Light Industrial / Warehouse | 34.25% | 32.5% |
| Forklift Operators |  |  |
| - Illinois, California, Texas | 39.00% | 37.5% |
| - all other States | 37.75% | 36.5% |

3.  Contracted Amount Matrix - Canada - Dorval & Montreal.

|  | Regular | Transition |
| --- | --- | --- |
| Job Category | Mark-Up % | Mark-Up% |
| Clerical / Administrative / Call Center | 46.00% | 40.00% |
| Light Industrial / Warehouse | 47.00% | 41.00% |
| Forklift Operators | 47.00% | 41.00% |

4.  Contracted Amount Matrix – Canada - for areas other than Dorval & Montreal.

|  | Regular | Transition |
| --- | --- | --- |
| Job Category | Mark-Up % | Mark-Up% |
| Clerical / Administrative / Call Center | 36.00% | 34.00% |
| Light Industrial / Warehouse | 39.00% | 37.00% |
| Forklift Operators | 39.00% | 37.00% |

IN WITNESS WHEREOF, the parties have each executed this Exhibit C to the Agreement by their duly authorized representative on the date(s) shown below.

Adecco North America, Inc.          USCO Distribution Services, Inc.

By: _Mary Morrisey_          By: _____
Title: _SVP  NAS_          Title: _Executive VP_
Printed Name: _Mary Morrisey_          Printed Name: _John Fnzk_
Date: _4\11\02_          Date: _4/5/00_

Exhibit C - Corp Accounting Final 032502          Page 2 of 2

### Exhibit D
### Form of Employee Acknolwedgement and Confidentiality Agreement

### Employee Acknowledgment and Confidentiality Agreement

**General Information:**

Your employer, Adecco North America, LLC, has entered into an agreement requiring you to acknowledge and agree to confidentiality and/or assignment of certain rights for services performed by you and your employer.

Please read this form carefully and take due time to consider before signing. You have the right to accept or decline assignments where a confidentiality agreement is/will be required such as this confidentiality agreement. Your refusal to sign this confidentiality agreement will only preclude you from specific assignment(s) which require confidentiality but will not preclude you from other temporary assignment(s) with your employer.

### ACKNOWLEDGMENT

I understand Adecco North America, LLC is my general employer for purposes of employment. I will receive general instruction from Adecco North America, LLC for my temporary assignments(s). Each USCO facility to which I am assigned will provide me with specific instructions and supervise my temporary assignment each day I am assigned to the USCO facility. I rely exclusively upon Adecco North America, LLC for payment of salary and any and all other benefits payable to me or on my behalf during the period of this temporary assignment.

I understand and agree that I am not an employee of the USCO facility to whom I am assigned for purposes of wages, compensation, or benefits. I do not have and will not acquire any rights or benefits of any kind from any USCO facility during any period of any temporary assignment.

I hereby understand and agree that I am not permitted at any time to operate any motor vehicle, either owned by USCO or my own personal vehicle, at any time during any temporary assignment unless I have received written permission from my employer stated above prior to any request by any USCO facility for driving.

### CONFIDENTIALITY AGREEMENT

As an employee of Adecco North America, LLC on temporary assignment at USCO Distribution Services, Inc. d/b/a USCO Logistics (hereinafter "USCO"), you may become involved with work pertaining to USCO or USCO's customers, and to persons and/or other entities who receive services from USCO. USCO must ensure that you will protect the confidentiality of any and all information, records, or data you may come in contact with while working on assignment. Consequently, as a condition of your temporary assignment at USCO, your signature below will constitute your agreement to abide by any and all of the following confidentiality requirements. You further understand and agree you will not divulge to anyone any information obtained or developed in connection with your performance and assignment at the USCO facility without the consent of USCO.

I hereby understand and agree that any concept, product, or process including but not limited to, materials prepared or developed (e.g., documents, calculations, reports, data, models or samples) I perform, develop or design while on temporary assignment at USCO shall become and shall be permanent, assignable, non-exclusive, royalty free to the USCO facility to which I am assigned. Any such property shall at all times remain the property of the USCO facility to which I am assigned and shall be surrendered or

delivered to USCO upon USCO's request and in any event upon the conclusion of my temporary assignment.

I acknowledge that violation of this Agreement may subject me to immediate dismissal from the assignment at USCO, and civil and/or criminal action.

_____ I accept the opportunity to be assigned to assignments requiring confidentiality and agree to all requirements of this Agreement.

_____ No, I do not wish to be assigned to any company requiring confidentiality and I understand my desire not be assigned will not preclude me from other temporary assignments with Adecco North America, LLC.

NAME:_____    DATE:_____
      (Signature)
NAME:_____
SOCIAL SECURITY NUMBER:_____

EMPLOYER SIGNATURE: _____

DATE: _____

## Amendment No. 1 to
## Agreement to Furnish Employees

This Amendment is made as of the 24th day of March, 2004 between Adecco North America, LLC (Provider) and Kuehne & Nagel Logistics, Inc. formerly known as USCO Distribution Services, Inc. (KN)

Whereas, Provider and KN are parties to the Agreement to Furnish Employees dated as of the 25th day of March, 2002 ("Agreement"); and

Whereas, Provider and KN intend to extend and modify the Agreement as set forth herein.

**NOW THEREFORE,** in consideration of the parties' mutual covenants, conditions and promises contained herein, and other good and valuable consideration, the parties agree as follows:

1.      Term. Pursuant to paragraph 3 of the Agreement, Provider and KN agree to extend the Agreement for one (1) additional year beginning on April 1, 2004 unless sooner terminated in accordance with the Agreement.

2.      Definitions. As used in the Agreement, the term "USCO" shall be deemed to read "KN".

3.      Integration. Except as modified by this Amendment, the Agreement remains in full force and effect.


IN WITNESS WHEREOF, the parties have executed this Agreement on this the $\underline{1}$ day of April

Adecco North America, LLC            KUEHNE & NAGEL LOGISTICS, INC.
"Provider"                           "KN"

By: _K R Steil_____               By: _Daugla Bro_____

Printed Name: KARL R. STEIL          Printed Name: Douglas Brown
Title: Senior Sales VP North American Sales    Title: VP OPS ADMIN
Date: March 23, 2004                 Date: 4-1-04

## Amendment No. 2 to
## Agreement to Furnish Employees

This Amendment is made as of the 7th day of June, 2004 between Adecco USA, Inc., successor in interest to Adecco North America, LLC "Provider" and Kuehne & Nagel Logistics, Inc. formerly known as KN Distribution Services, Inc. and successor in interest to USCO Distribution Services, Inc. d/b/a USCO Logistics, "KN"

Whereas, Provider and KN are parties to the Agreement to Furnish Employees dated as of the 25th day of March, 2002 as amended by First Amendment dated March 25, 2004 (collectively the "Agreement"); and

Whereas, Provider and KN intend to modify the Agreement as set forth herein.

**NOW THEREFORE,** in consideration of the parties' mutual covenants, conditions and promises contained herein, and other good and valuable consideration, the parties agree as follows:

1.      Term. As of the Effective Date of this Amendment, "Exhibit B-1" to the Agreement is deleted and replaced with "Exhibit B-1 Rev. May, 2004".

2.      Effective Date: The Effective Date of this Amendment is June 7, 2004.

3.      Integration. Except as modified by this Amendment, the Agreement remains in full force and effect.

IN WITNESS WHEREOF, the parties have executed this Agreement on this the 20th day of May, 2004

Adecco USA, Inc.                             KUEHNE & NAGEL LOGISTICS, INC.
"Provider"                                   "KN"

By: Karl R. Steidl                           By: John Feick
Printed Name: Karl R. Steidl                 Printed Name: John Feick
Title: Senior Sales VP North American Sales  Title: C. Admin. Officer
Date: May 19, 2004                           Date: 5/20/04

Page 1

**Exhibit B-1 (Rev. May, 2004)**
**Invoice Pricing Structure - United States**

This Exhibit B-1 is made a part of the Agreement to Furnish Provider Employees and Services dated March 25, 2002 as amended by Amendment No. 2 dated June 7, 2004 between Kuehne & Nagel Logistics, Inc.("KN") and Adecco USA, Inc. ("Provider" or "Adecco") called (the "Agreement").    This Exhibit B-1 describes the Pricing to be charged for the Services in the United States.

1.      Mark-Up.  Adecco's pricing to KN is based on a Mark-Up of the wages actually paid by Adecco to the Adecco Employee assigned to an KN Facility multiplied by the applicable rate from the applicable Pricing Matrix shown below.Schedule.  All Mark-Ups are all-inclusive for Services and there shall be no additional fees or charges of any kind.

| Job Category | Regular Mark-Up % | Transition Mark-Up% |
|---|---|---|
| Clerical / Administrative / Call Center | 30.00% | 28.5% |
| Light Industrial / Warehouse | 34.25% | 32.5% |
| Forklift Operators | | |
| - Illinois, California, Texas | 39.00% | 37.5% |
| - all other States | 37.75% | 36.5% |

# Transition Mark-Up applies to (1) individuals who transfer from another provider of temporary labor or (2) individuals who KN refers to Adecco for employment at an KN Facility or (3) individuals already employed by Adecco at an KN Facility who are transitioned to this Agreement, unless the existing Mark-Up is lower, in which case the lower Mark-Up will apply.  Regular Mark-Up applies in all other cases.

2       Overtime.  The Overtime Rate is 1.48 X the regular straight-time bill rate (e.g., Provider Employees paid $10.00 who receive Overtime will be billed at ($10 x 1.39) x 1.48 = $20.57 / hr. Overtime is payable based upon the applicable law in the jurisdiction where the Adecco Employee is performing the services.

3       Temporary to Permanent Transition Fees.

| # days Assigned | Non-Union | Union |
|---|---|---|
| 0-30 days | $1,500 | $1,000 |
| 31-60 days | $1,000 | $500 |
| 61-90 days | $500 | $0 |
| 91+ days | $0 | |

- # days Assigned is Calendar days, not working days.  # days includes all days worked on assignment for KN for Transitioned Employees.
- Union facilities existing as of the date of this contract are: #752 - Franklin, MA; #739 -Jersey City, NJ; #717 - Alsip, IL; #769 - Ontario, CA; #708 - Denver, CO; #750 - Atlanta, GA; #764 - Lenexa, KS; #751 - Baltimore, MD; #758 - Dallas, TX.

IN WITNESS WHEREOF, the parties have each executed this Exhibit B-1 to the Agreement by their duly authorized representative on the date(s) shown below.

Adecco USA, Inc.

By: ___Karl Stell___
Title: _Senior Sales VP North American Sales_
Printed Name: _Karl A. Stell_
Date: ___5/28/04___

Kuehne & Nagel Logistics, Inc.

By: _____John Trick_____
Title: _Chief Administrative Officer_
Printed Name: _John Frick_
Date: ___5/20/2004___