UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> USCO DISTRIBUTION SERVICES, INC., a/k/a USCO LOGISTICS SERVICES, INC. <br><br> Defendant. | C.A. No. 04cv10041 PBS |

PLAINTIFF'S RULE 26(A)(2) EXPERT DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiff makes the following expert disclosures:

Plaintiff does not intend to call any expert witnesses.

Dated: October 19, 2005                    Respectfully submitted,

                                           Jonathan M. Conti
                                           BBO# 657163
                                           Feinberg, Campbell & Zack, P.C.
                                           177 Milk Street
                                           Boston, MA  02109
                                           (617) 338-1976

                                           /s/ Jonathan M. Conti
                                           Attorney for Plaintiff, Charles Langone

Certificate of Service

I, Jonathan M. Conti, attorney for the Plaintiff, hereby certify that on this day I mailed the within document by first class mail, postage prepaid, to Gregory C. Keating, Littler Mendelson, P.C., 225 Franklin Street, 26th Floor, Boston, MA 02210, attorney for Defendant.

Dated: October 19, 2005                    /s/ Jonathan M. Conti