UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER for the NEW ENGLAND TEAMSTERS and TRUCKING INDUSTRY PENSION FUND,<br>Plaintiff,<br><br>v.<br><br>USCO DISTRIBUTION SERVICES, INC. a/k/a USCO LOGISTICS SERVICES, INC.<br>Defendant. | Civil Action No. 04-10041-PBS |

**USCO DISTRIBUTION SERVICES, INC.'S EXPERT DISCLOSURE**

Pursuant to Fed. R. Civ. P. 26(a)(2), Defendant USCO Distribution Services, Inc. ("USCO") makes the following expert disclosures:

USCO does not intend to call any expert witnesses.

Respectfully submitted,

USCO DISTRIBUTION SERVICES, INC.,
a/k/a USCO LOGISTICS SERVICES, INC.

By its attorneys,

_____
Gregory C. Keating (BBO # 564523)
Amy L. Nash (BBO # 647304)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
Telephone: (617) 378-6000

Dated: October 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true copy of the foregoing document to counsel for all parties of record in this matter on this 19th day of October, 2005.

_____
Amy L. Nash