UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, <br><br> Plaintiff, <br> v. <br><br> USCO DISTRIBUTION SERVICES, INC. a/k/a USCO LOGISTICS SERVICES, INC., <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 04cv10041 PBS |

## JOINT MOTION TO EXTEND PRETRIAL ORDER

Plaintiff Charles Langone ("the Fund") and Defendant USCO Distribution Services, Inc. hereby jointly move to extend by two months all of the deadlines contained in the Court's Pretrial Order. As grounds for this motion, the parties state that (1) they are currently engaged in settlement discussions to resolve the matter and would like additional time to do so; (2) granting the motion will not prejudice any party; and (3) the motion is not intended to delay the proceedings in this matter.

Under the parties' proposal, the deadlines contained in the Court's Pretrial Order would be revised as follows:

The action will be set down for a JURY TRIAL on February 21, 2006.

By January 18, 2006, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

Objections to the pretrial disclosures shall be served and filed by February 2, 2006.

Firmwide:80581597.1

By February 7, 2006, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d).  Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

By January 31, 2006, the parties shall file/serve proposed jury instructions, proposed *voir dire* questions, motions *in limine*, witness/exhibit lists, and any designations of deposition testimony.

By February 7, 2006, the parties shall file/serve oppositions to motions *in limine*, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by February 14, 2006.

Plaintiff,

CHARLES LANGONE, as FUND
MANAGER of the NEW ENGLAND
TEAMSTERS AND TRUCKING
INDUSTRY PENSION FUND

By his attorney,


/s/ Jonathan M. Conti
Jonathan M. Conti (BBO # 657163)
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA  02109
Telephone:  (617) 338-1976


Dated:  November 11, 2005

Defendants,

USCO DISTRIBUTION
SERVICES, INC.,
a/k/a USCO LOGISTICS
SERVICES, INC.

By its attorneys,


/s/ Gregory C. Keating
Gregory C. Keating (BBO # 564523)
Amy L. Nash (BBO # 647304)
Littler Mendelson, P.C.
One International Place
Suite 2700
Boston, MA  02110
Telephone:  (617) 378-6000

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing document was served upon the

attorney of record for each other party by first class mail on November 11, 2005.


/s/ Amy L. Nash
Amy L. Nash