UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>USCO DISTRIBUTION SERVICES, INC., a/k/a USCO LOGISTICS SERVICES, INC.<br><br>Defendant. | C.A. No. 04cv10041 PBS |

### PLAINTIFF'S PRETRIAL DISCLOSURES PURSUANT TO LOCAL RULE 16.5(C)

**I.   WITNESSES**

   A.   Plaintiff expects to present the following witnesses:

Cristy Laughton, Auditor
New England Teamsters and Trucking Industry Pension Fund
One Wall Street, 4th Floor
Burlington, MA 01803-4400
(781) 345-4400

Charles Langone, Fund Manager
New England Teamsters and Trucking Industry Pension Fund
One Wall Street, 4th Floor
Burlington, MA 01803-4400
(781) 345-4400

Marchelle Cunningham, Audit & Collections Supervisor
New England Teamsters and Trucking Industry Pension Fund
One Wall Street, 4th Floor
Burlington, MA 01803-4400
(781) 345-4400

    B.    Plaintiff may call the following witnesses:

Steven Cooke, Distribution Center Manager
Kuehne & Nagel
56 Crescent Street
Franklin, MA 02038

Eric Peterson, Manager of Employee Relations
Kuehne & Nagel
35 West Road
South Salem, NY

**II.    WITNESSES WHOSE TESTIMONY WILL BE PRESENTED BY DEPOSITION**

Plaintiff does not anticipate presenting evidence by means of a deposition other than for impeachment purposes.

**III.    EXHIBITS**

    A.    Plaintiff expects to offer the following exhibits:

- New England Teamsters and Trucking Industry Pension Fund Restated Agreement and Declaration of Trust.
- Complete Rules and Regulations for the New England Teamsters and Trucking Industry Pension Fund.
- New England Teamsters and Trucking Industry Pension Fund Standard Participation Agreement signed by USCO.
- April 5, 2001 Audit #3149.
- April 5, 2001 Audit #3150.
- September 1, 1996 – August 31, 2001 Collective Bargaining Agreement between USCO and Teamsters Local Union 829.
- September 1, 2001 – August 31, 2006 Collective Bargaining Agreement between USCO and Teamsters Local Union 25.

- Remittance Reports completed by USCO and filed with the Fund between January 1997 and December 2001.

- September 23, 2005/October 7, 2005 Audit #5436.

Dated: November 18, 2005               Respectfully submitted

                                       Jonathan M. Conti (BBO # 657163)
                                       FEINBERG, CAMPBELL & ZACK, P.C.
                                       177 Milk Street
                                       Boston, MA 02109
                                       (617) 338-1976

                                       /S/ Jonathan M. Conti
                                       Attorney for Plaintiff


CERTIFICATE OF SERVICE

I, Jonathan M. Conti, hereby certify that I caused a copy of the foregoing to be mailed this date by certified mail, return receipt requested, to Gregory C. Keating, Esq., Littler Mendelson, P.C., One International Place, Suite 2700, Boston, MA 02110.

Date: November 18, 2005                /S/ Jonathan M. Conti
                                       Jonathan M. Conti