UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND, )
                        Plaintiff, )
v.                                       )   C.A. No. 04cv10041 PBS

USCO DISTRIBUTION SERVICES, INC. )
a/k/a USCO LOGISTICS SERVICES, INC., )
                        Defendant. )

**PRETRIAL DISCLOSURES PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 26(a)(3)**

Pursuant to Federal Rules of Civil Produce 26(a)(3), the Defendant USCO Distribution Services, Inc. hereby makes the following disclosures:

**LIST OF WITNESSES**

    A:    Witnesses whom Defendant will call;

        1.    Steve Cook (address previously provided); and

        2.    Eric Peterson (address previously provided).

    B:    Witnesses whom Defendants may call

        1.    Charles Langone (address previously provided);

        2.    Any witness listed by Plaintiff who is not listed as a witness by Defendant;

        3.    Any witness listed on Plaintiff's initial and supplemental disclosures;

        4.    Any witness listed on Defendant's initial and supplemental disclosures; and

        5.    Any witness identified by Plaintiff or Defendant during the course of discovery.

**TESTIMONY EXPECTED TO BE PRESENTED BY MEANS OF A DEPOSITION**

    None.

**DOCUMENTS DEFENDANT EXPECTS TO BE OFFERED AS EVIDENCE**

1. The Fund Audits for the periods in question;

2. Documents reflecting contributions made by Defendants to temporary workers;

3. Documents reflecting contributions made by Defendants to employees at non-organized facilities which were nonetheless included in the Audit;

4. Payroll records of Defendants;

5. Timesheets of Defendants;

6. Invoices reflecting payments made to the Fund for bargaining unit workers;

7. Pleadings submitted in this action;

8. Documents identified by Plaintiff in its initial disclosures; and

9. Documents identified by Defendant in its initial disclosures.

Respectfully submitted,

Defendants,

USCO DISTRIBUTION SERVICES, INC.,
a/k/a USCO LOGISTICS SERVICES, INC.

By its attorneys,

_____
Gregory C. Keating (BBO # 564523)
Amy L. Nash (BBO # 647304)
Littler Mendelson, P.C.
One International Place
Suite 2700
Boston, MA  02110
Telephone:  (617) 378-6000

Dated:  November 18, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each other party by first class mail on November 18, 2005.

_____
Gregory C. Keating

Firmwide:80600575.1