UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> USCO DISTRIBUTION SERVICES, INC., a/k/a USCO LOGISTICS SERVICES, INC. <br><br> Defendant. | C.A. No. 04-10041 PBS |

### STIPULATION OF DISMISSAL

As the Plaintiff, Charles Langone, as Fund Manager for the New England Teamsters and Trucking Industry Pension Fund, and the Defendant, USCO Distribution Services, Inc., a/k/a USCO Logistics Services, Inc., n/k/a Kuehne & Nagel Inc., have settled this matter on the issue of damages, the parties, pursuant to Federal Rule of Civil Procedure 41(a), hereby enter into this Stipulation of Dismissal of Civil Action No. 04-10041, with prejudice.

For the Plaintiff

NEW ENGLAND TEAMSTERS
AND TRUCKING INDUSTRY
PENSION FUND
By its Attorney

/S/ Jonathan M. Conti
Jonathan M. Conti (BBO #657163)
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

For the Defendant

USCO DISTRIBUTION SERVICES, INC.
a/k/a USCO LOGISTICS SERVICES, INC.
n/k/a KUEHNE & NAGEL INC.
By its Attorney

/S/ Gregory C. Keating
Gregory C. Keating (BBO # 564523)
Littler Mendelson, P.C.
One International Place
Boston, MA 02110
(617) 737-0052

Dated: December 20, 2005